# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

EDWARD FERGUSON                                                                              PETITIONER
*ADC #094606*

V.                                         CASE NO. 4:23-cv-00203-JM-JTK

DEXTER PAYNE                                                                                  RESPONDENT
*Director, ADC*

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the petition for writ of habeas corpus is DISMISSED without prejudice.

SO ADJUDGED this 24th day of October, 2023.

_____
James M. Moody Jr.
United States District Judge